

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Mary E. Crawley
Direct Dial: (215) 861-8519
Facsimile: (215) 861-8618
E-mail Address: mary.crawley2@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

December 14, 2016

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v. Jeffrey A. Glazer, 2:16-cr-506-RBS -File

Dear Clerk:

Please unimpound the Information in regard to the above-captioned case. The Information was filed on December 12, 2016.

Very truly yours,

ZANE DAVID MEMEGER
United States Attorney

MARY E. CRAWLEY
Assistant United States Attorney