IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

         v. : CRIMINAL ACTION

: No. 16-506

JEFFREY A. GLAZER
167 Saddlebow Road
Bell Canyon, CA 91307

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **Wednesday, March 29, 2023,** at **1:00 P.M.** before the **Honorable R. Barclay Surrick** in **Courtroom 8-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.

☒ **Hearing rescheduled from: September 29, 2022**

For additional information, please contact the undersigned.

By:     Tashia C. Reynolds
        Courtroom Deputy to J.  R. Barclay Surrick
        Phone: 267. 299. 7631

Date:   9/19/2022

cc via U.S. Mail:    Defendant
cc via email:        Thomas Mueller, Esquire
                     David E. Troyer, AUSA
                     Mark C. Grundvig, AUSA
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)