## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA, | |
| Plaintiff, | 2:16-cr-00506 |
| v. | |
| JEFFREY A. GLAZER, | NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Thomas Mueller is:

>Wilmer Cutler Pickering Hale and Dorr LLP
>
>2100 Pennsylvania Ave, NW
>
>Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated: January 25, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　　/s/ Thomas Mueller
　　　　　　　　　　　　　　　　　　　　　　　Thomas Mueller

　　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　2100 Pennsylvania Ave, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 663-6000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 663-6363
　　　　　　　　　　　　　　　　　　　　　　　Thomas.Mueller@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*